IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| THERESA SPRINGER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ABERNATHY & TIMBERLAKE )<br>INVESTMENT GROUP, LLC, and )<br>TARGET CORPORATION )<br>)<br>Defendants. ) | CIVIL ACTION NO.: _____ |

## COMPLAINT

COMES NOW the plaintiff and states her complaint against the defendants as follows:

### PARTIES

1. Plaintiff Theresa Springer is an individual over nineteen years of age and a citizen of the State of Alabama.

2. Defendant Target Corporation is a legal entity incorporated in the State of Minnesota with its principal place of business located at 777 Nicollet Mall, Minneapolis, MN 55402, and doing business as Target Stores, Inc.

3. Defendant Abernathy & Timberlake is a legal entity incorporated in the State of Georgia with its principal place of business located at 3700 Crestwood Parkway, Suite 900, Duluth, GA 30096.

### JURISDICTION AND VENUE

4. This Honorable Court has diversity jurisdiction of this case under 28 U.S.C. 1332(a)(1) in that the plaintiff and defendants are citizens of different states, and the amount in controversy exceeds $75,000.00.

5. The plaintiff's injury made the basis of this complaint occurred in Calhoun County, Alabama, in the Eastern Division of the Northern District of Alabama.

## COUNT 1

6. Plaintiff re-alleges paragraphs 1-6 of the Complaint.

7. On or about September 24, 2009, the plaintiff, while a business invitee, was entering upon the premises, owned, operated and controlled by the defendants, located in Calhoun County, Alabama, at 400 Oxford Exchange Boulevard, Oxford, AL 36203, when the plaintiff fell and was injured.

8. The plaintiff's fall was a proximate result of the defendants' negligence and/or wantonness in that with knowledge of the danger of a damaged and/or fractured section of the sidewalk situated on the defendants' premises, the defendants allowed the sidewalk to remain in disrepair without warning to the plaintiff of the presence of the danger of the damaged sidewalk.

9. As a proximate result of the defendants' said negligence and/or wantonness, the plaintiff suffered from a left wrist fracture requiring surgery, left forehead contusion, a protracted period without use of her left wrist, physical therapy, head and left wrist pain, loss of ability to carry on ordinary daily activities, medical expenses, pain and suffering, mental anguish, and recovery complications including blurred vision, whiplash and nausea.

WHEREFORE, PREMISES CONSIDERED, the plaintiff demands judgment against the defendants for an amount exceeding, but not limited to, $75,000.00, for such compensatory and punitive damages as a struck jury may determine adequate and allowed by law, plus interest and costs.

**PLAINTIFF HEREBY DEMANDS TRIAL BY STRUCK JURY**

_____
W. TAYLOR STEWART (STE183)
Attorney for Plaintiff

Of Counsel:

DONALD W. STEWART, P.C.
500 Wachovia Bank Building
1000 Quintard Avenue
Anniston, Alabama 36201
(256) 237-9311
(256) 237-0713 facsimile
wts70@donaldstewart.net

Defendants to be served at:

Abernathy & Timberlake Investment Group, LLC (via certified mail)
c/o Isom, Chervis, Berkowitz, Lefkovits, Isom & Kushner, P.C., Registered Agent
420 N 20th Street, Suite 1600
Birmingham, Alabama 35203

Target Corporation (via certified mail)
c/o The Corporation Company, Registered Agent
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109