IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| THERESA SPRINGER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.:1:10-CV-000967-VEH |
| | ) |
| ABERNATHY & TIMBERLAKE INVESTMENT GROUP, LLC, and TARGET CORPORATION | ) ) ) |
| | ) |
|     Defendants. | ) |

## AMENDED COMPLAINT

COMES NOW the plaintiff and states her complaint against the defendants as follows:

### PARTIES

1. Plaintiff Theresa Springer is an individual over nineteen years of age and a citizen of the State of Alabama.

2. Defendant Target Corporation is a legal entity incorporated in the State of Minnesota with its principal place of business located at 777 Nicollet Mall, Minneapolis, MN 55402, and doing business as Target Stores, Inc.

3. Defendant Abernathy & Timberlake, LLC is a legal entity organized in the state of Georgia with its principal place of business located at 3700 Crestwood Parkway, Suite 900, Duluth, GA 30096. Mr. Tom Abernathy and Mr. Jim Timberlake are the sole members of Abernathy & Timberlake, LLC, and both individuals are citizens of and reside in the state of Georgia.

### JURISDICTION AND VENUE

4. This Honorable Court has diversity jurisdiction of this case under 28 U.S.C.

1332(a)(1) in that the plaintiff and defendants are citizens of different states, and the amount in controversy exceeds $75,000.00. Specifically, Plaintiff Teresa Springer is a citizen of the state of Alabama. Target Corporation is a legal entity incorporated in the state of Minnesota with its principal place of business also in Minnesota. Abernathy and & Timberlake, LLC is a legal entity organized in the state of Georgia whose sole members, Mr. Tom Abernathy and Mr. Jim Timberlake, are citizens of and reside in the state of Georgia.

5. The plaintiff's injury made the basis of this complaint occurred in Calhoun County, Alabama, in the Eastern Division of the Northern District of Alabama.

## COUNT 1

6. Plaintiff re-alleges paragraphs 1-6 of the Complaint.

7. On or about September 24, 2009, the plaintiff, while a business invitee, was entering upon the premises owned, operated and controlled by the defendants, located in Calhoun County, Alabama, at 400 Oxford Exchange Boulevard, Oxford, AL 36203, when the plaintiff fell and was injured.

8. The plaintiff's fall was a proximate result of the defendants' negligence and/or wantonness in that with knowledge of the danger of a damaged and/or fractured section of the sidewalk situated on the defendants' premises, the defendants allowed the sidewalk to remain in disrepair without warning to the plaintiff of the presence of the danger of the damaged sidewalk.

9. As a proximate result of the defendants' said negligence and/or wantonness, the plaintiff suffered from a left wrist fracture requiring surgery, left forehead contusion, a protracted period without use of her left wrist, physical therapy, head and left wrist pain, loss of ability to carry on ordinary daily activities, medical expenses, pain and suffering, mental anguish, and

recovery complications including blurred vision, whiplash and nausea.

WHEREFORE, PREMISES CONSIDERED, the plaintiff demands judgment against the defendants for an amount exceeding, but not limited to, $75,000.00, for such compensatory and punitive damages as a struck jury may determine adequate and allowed by law, plus interest and costs.

### PLAINTIFF HEREBY DEMANDS TRIAL BY STRUCK JURY

/s/ W. Taylor Stewart
W. TAYLOR STEWART
ANNA L. HART
Attorneys for Plaintiff

Of Counsel:

STEWART & STEWART, P.C.
1000 Quintard Avenue
Wells Fargo Bank Building
Suite 500
Anniston, AL  36202
(256) 237-9311 Telephone
(256) 237-0713 Facsimile
wts70@donaldstewart.net
ahart@stewartandstewart.net

3

**CERTIFICATE OF SERVICE**

This is to certify that on this 20th day of September, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will provide electronic notification of said filing upon all Counsel of Record in the above-styled matter, to-wit:

JOHN S. JOHNSON
HAND ARENDALL LLC
1200 Park Place Tower
2001 Park Place North
Birmingham, Alabama  35203
(205) 324-4400 Telephone
(205) 322-1163 Facsimile
jjohnson@handarendall.com


WILLIAM H. REECE
HAND ARENDALL LLC
Post Office Box 123
Mobile, Alabama  36601
(251) 432-5511 Telephone
(251) 694-6375 Facsimile
breece@handarendall.com


MITCH MUDANO
ROGERS & ASSOCIATES
3000 Riverchase Galleria
Suite 650
Birmingham, Alabama  35244
(205) 982-4634 Telephone
(205) 982-4630 Facsimile
msmudano@travelers.com


/s/ W. Taylor Stewart
W. Taylor Stewart

4

5